# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**EVAN A. GRIFFIN,**<br><br>Defendant. | **18-PO-05222-JTJ**<br><br>**VIOLATION:**<br>**6028390**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States motion to dismiss the above violation due to the defendant's payment of a $600 fine for violation 6028391, and for good cause shown,

IT IS ORDERED that violation 6028390 is dismissed. The bench trial scheduled for February 7, 2019, is VACATED.

DATED this 14th day of January, 2019.

_____
John Johnston
United States Magistrate Judge